**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 266 MAL 2018

              Respondent        :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court
               v.                 :

                                  :

DOREEN ANN HARRIS,            :

                                  :

              Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.